FILED

MAY 1 7 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mamery M. Traore,                              )
                                               )
        Plaintiff,                             )
                                               )
    v.                                         )        Civil Action No.   11 0915
                                               )
City Philadelphia, Pennsylvania,               )
                                               )
        Defendant.                             )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the case will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Under that statute, the Court is required to dismiss a case "at any time" it determines that the complaint fails to state a claim upon which relief can be granted.

Plaintiff, a District of Columbia resident, sues the city of Philadelphia, Pennsylvania. A native of Mali, plaintiff alleges that he arrived in the United States in June 2002, but "unfortunately in the last three years [he] [has] been [the] victim of many cases of violence in Florida, Pennsylvania and now in Washington, D.C. . . . ." Compl. at 2. Plaintiff has alleged various misdeeds, none of which implicates the named defendant in any wrongdoing. Therefore, the complaint will be dismissed. A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: May 12, 2011

(N)                                                                                    3